March 3, 1977

372 A.2d 833
Centini Appeal.

Submitted June 22, 1976. Edward F. Browne, Jr., and J. Elvin Kraybill, Assistant Public Defenders, for appellant; Henry S. Kenderdine, Jr., Assistant District Attorney, and D. Richard Eckman, District Attorney, for appellee.

Order affirmed.

JACOBS and PRICE, JJ., would quash.